PER CURIAM.

(No. 74-CC-864— )

EARL JONES FUNERAL HOME, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 25, 1974.*

EARL JONES FUNERAL HOME, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.